UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.                                        Case No: 8:19-cv-650-T-36AAS

OSCAR E. GUEVARA, II and LATIN
BAY ENTERTAINMENT LLC,

    Defendants.
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on July 23, 2019 (Doc. 20). In the Report and Recommendation, Magistrate Judge Sansone recommends that Joe Hand's motion to strike the answer be granted, that Latin Bay be granted additional time to obtain counsel and submit a notice of appearance, and that, consistent with the additional time for Latin Bay to obtain counsel, both defendants be given additional time to submit their answers. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 20) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion to Strike Answer (Doc. 19) is GRANTED.

(3) The Clerk is directed to strike Defendant Latin Bay Entertainment, LLC's Answer at docket entry 18.

(4) Defendant Latin Bay Entertainment, LLC shall obtain counsel who is admitted to practice in the Middle District of Florida. Counsel for Defendant Latin Bay Entertainment, LLC shall file a notice of appearance within twenty-one (21) days of the date of this Order. Additionally, Defendants Oscar E. Guevara, II and Latin Bay Entertainment, LLC, shall respond to the Complaint on or before September 20, 2019.

**DONE AND ORDERED** at Tampa, Florida on August 8, 2019.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record